## LAND TRUST COMPANY *v.* MORGAN.

GILBERT, J. The court did not err in rejecting the amendment and in sustaining the demurrer to the petition in this case.

*Judgment affirmed. All the Justices concur.*

No. 1084. APRIL 17, 1919.

Equitable petition. Before Judge Pendleton. Fulton superior court. June 19, 1918.

*C. L. Pettigrew,* for plaintiff.     *W. O. Wilson,* for defendant.